IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:13cr162-MHT |
| GLORIA DE LA CRUZ ROBLES | ) | (WO) |

OPINION AND ORDER

This cause is before the court on the motion to continue filed by defendant Gloria De la Cruz Robles. The government consents to the request. For the reasons set forth below, the court finds that jury selection and trial, now set for November 18, 2013, should be continued pursuant to 18 U.S.C. § 3161(h)(7).

While the granting of a continuance is left to the sound discretion of the trial judge, <u>United States v. Stitzer</u>, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an

> offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

18 U.S.C. § 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A). In granting a continuance, the court may consider, among other factors, whether the failure to grant the continuance would "result in a miscarriage of justice," § 3161(h)(7)(B)(i), or "[w]hether the case is so unusual or so complex ... that it is unreasonable to expect adequate preparation" without granting a continuance. § 3161(h)(7)(B)(ii).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and De la Cruz Robles in a speedy trial. The government has filed a new charge against De

2

la Cruz Robles, and is seeking a superseding indictment. Because De la Cruz Robles will likely be facing a new charge in this case and because her attorney represents that, after the superseding indictment is issued, the parties will likely reach a negotiated disposition, a continuance in this matter is appropriate.

***

Accordingly, it is ORDERED as follows:

(1) The motion to continue made by defendant Gloria De la Cruz Robles (doc. no. 28) is granted.

(2) The jury selection and trial for defendant De la Cruz Robles, now set for November 18, 2013, are reset for January 27, 2014, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 13th day of November, 2013.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE